> Dismissal with prejudice acknowledged [14].
>
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: January 23, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Star Akins, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  1:23-cv-02030-MPB-MJD |
| Collection Management Company, d/b/a Credit Management Company, | ) ) ) ) |
| Defendant. | ) ) |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the dismissal of his claims against the Defendant, with prejudice.

Dated:  January 22, 2024

One of Plaintiff's Attorneys

s/ David J. Philipps_____

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2024, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Patrick D. Newman                      pnewman@bassford.com
Bassford Remele
100 South 5th Street
Suite 1500
Minneapolis, Minnesota 55402


s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com